UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GARCIA, <br><br>                    Petitioner, <br><br>        v. <br><br> MARGARET MIMS, <br><br>                    Respondent. | Case No. CV 10-3711 DSF(JC) <br><br> ~~(PROPOSED)~~ <br><br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed without prejudice.

DATED: 6-28-10

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE